# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Mercedes Sempe    JOINT DEBTOR:    CASE NO.:
Last Four Digits of SS# 8957   Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 95.97 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 = 4425 TOTAL PAID $ 1250
    Balance Due $ 4425 payable $ 63.50/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date $
Address:    Arrears Payment $____/month (Months ___ to ___)
    Regular Payment $____/month (Months ___ to ___)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| H&R Block Account No: xxxx0760 | 3110 NW 11 Street, Miami, FL 33125 $265,000 | 0.00 | None | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 693.57
    Payable $ 11.56 /month (Months 1 to 60)

Unsecured Creditors: Pay $ 11.32/month (Months 1 to 50) and Pay $ 74.82/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor    Joint Debtor
Date: 8-12-2015    Date:

LF-31 (rev. 01/08/10)