UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Mercedes Sempe             Case No: 15-24542-LMI
                                                                    Chapter 13
_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on September 9, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Mercedes Sempe
3110 NW 11 St
Miami, FL 33125

H&R Block
William C. Cobb, President & CEO
1 H And R Block Way,
Kansas City, MO 64105

Sand Canyon Corporation
c/o C T CORPORATION SYSTEM, R.A.
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Via Certified Mail:

Sand Canyon Corporation
c/o Mary ST. GEORGE, VP & Sr. Counsel
3 Ada Road
Irvine, CA 92618

Sand Canyon Corporation
c/o Dale M. SUGIMOTO, President
7595 IRVINE CENTER DRIVE, Suite 100
IRVINE, CA 92618

Sand Canyon Corporation
c/o Dale M. SUGIMOTO, President
6591 Irvine Center Drive

Irvine, CA 92618

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, CEO
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

                      Respectfully Submitted:

                      **ROBERT SANCHEZ, P.A.**
                      Attorney for Debtor
                      355 West 49th Street
                      Hialeah, FL 33012
                      Tel. 305-687-8008

                      By:*/s/ Robert Sanchez*_____
                      Robert Sanchez, Esq., FBN#0442161