# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Second Amended Plan

DEBTOR: Mercedes Sempe    JOINT DEBTOR:    CASE NO.: 15-24542-LMI
Last Four Digits of SS# 8957  Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 95.90   for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 = 4425 TOTAL PAID $ 1250
                   Balance Due    $ 3175 payable $ 63.50/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment    $          /month (Months      to      )
                                 Regular Payment    $          /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Sand Canyon Corporation f/k/a Option One Mortgage Co. (Loan 9720) 7595 IRVINE CENTER DRIVE, Suite 100 IRVINE, CA 92618 | 3110 NW 11 Street, Miami, FL 33125  $265,000 | 0.00 | None | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due  $ 689.24
                               Payable    $ 11.49    /month (Months 1 to 60)

Unsecured Creditors: Pay $ 11.32/month (Months 1 to 50) and Pay $ 74.82/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will reaffirm and pay direct to Creditor Ocwen Loan Servicing LLC (Loan 8102) for the property located at 3110 NW 11 Street, Miami, FL 33125.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s/ Robert Sanchez, Esq.
Attorney for Debtor                              Joint Debtor
Date: 09/23/2015                                 Date:

LF-31 (rev. 01/08/10)