| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mercedes Sempe |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number | 15-24542-LMI |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-1, Asset-Backed -Certificates, Series 2007-1

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  8 1 0 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | SEE ATTACHED EXHIBIT-A | (3) | $ 400.00 |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Mercedes Sempe                              Case number (if known) 15-24542-LMI
          First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Karlene Dunkley                              Date 03/23/2016
Signature

Print:  Karlene Dunkley                            Title  Contract Management Coordinator
        First Name   Middle Name   Last Name

Company  Ocwen Loan Servicing, LLC

Address  1661 Worthington Road, Suite 100
         Number         Street
         West Palm Beach,         FL      33409
         City                     State   ZIP Code

Contact phone  ( 561 ) 682- 8000                   Email  affidavits@ocwen.com

| Exhibit A | | | |
|---|---|---|---|
| Recoverable Fees breakdown | | | |
| Eff Date | Invoice Date | Description | Amount |
| 9/25/2015 | 8/25/2015 | Review of Plan and Notice of Appearance | $400.00 |
| Total | | | $400.00 |



Invoice -

### Requestor Information

| Field | Value |
|---|---|
| ID | 3 |
| Name | Ocwen Loan Servicing |
| Address Line 1 | 1661 Worthington Street |
| Address Line 2 | |
| City | West Palm Beach |
| State | Florida |
| ZIP Code | 24737 |
| Phone | 561-682-8000 |

**Payment Details**

| Field | Value |
|---|---|
| Confirmation Number | |
| Method | CHECK |
| Amount | $400.00 |
| Date | 09/25/2015 |

### Vendor Information

| Field | Value |
|---|---|
| Vendor Id | |
| Name | Robertson Anschutz and Schneid PL |
| Email | realremitinvoices@raaflaw.com |
| Address Line 1 | 6409 Congress Avenue |
| City | Boca Raton |
| Address Line 2 | Suite 100 |
| State | Florida |
| ZIP Code | 33487 |
| Phone | (561) 241-6901 |

### Invoice Information

| Field | Value |
|---|---|
| Invoice Number | |
| Description | |
| Invoice Date | 09/24/2015 |
| Invoice Receipt Date | 09/24/2015 |
| Invoice Type | Interim |
| Payment Terms | |
| Payment Date | 09/24/2015 |
| Invoice Status | Approved |
| Pay To | |
| Reference Account # | |
| Tracking Number | |
| Comments | |
| Foreclosure Module Status | |
| Event Name | |
| Event Status | |
| Judicial | |
| FCTR Date | |
| FCTR Alias | |

### Purchase Order Information

| Field | Value |
|---|---|
| PO Number | |
| Description | PROOF OF CLAIM LETTER |
| Product Type | Proof of Claim Letter |
| Date | 08/23/2015 |
| Order Type | PROOF OF CLAIM LETTER |
| Asset Number | 8102 |
| File Number | 8102 |
| Service Transferred? | Yes |
| Property Close Date | |
| Unpaid Principal and Interest | 889.71 |
| Unpaid Principal Balance | 194627.48 |
| Original Principal Balance | 311200 |
| Loan Type | 9 |
| Interest Rate | 4.25 |
| FCO (Cumulative Fee at PO) | 0 |
| Lien Position | 1st |
| Insured By | UC |
| Report Status Code | ESFN, LHN, NOCO, PO, PRA, RAHO, ETI |

| FCTR Code | | User Hold Code | |
|---|---|---|---|
| FC Initiation Date | | Occupancy Type | A |
| FBCO | 0.00 | Principal and Interest Amount | 889.71 |
| Event Date | | UCCC | 0 |
| Document Type | | Sale Amount Due | 0 |
| | | Property Sale Date | |
| | | Other Advance | 0.00 |
| | | Escrow Bal | 1898.78 |
| | | Hazard Suspense | 0 |
| | | Delinquent Interest Gross | |
| | | Calculated Amount | |
| | | UPI | 889.71 |
| | | FB/IB | NO |
| | | FCO Limit Configured | |

| FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 08/25/2015 | $400.00 |

| | |
|---|---|
| Subtotal | $400.00 |
| Total | $400.00 |
| Transaction Fee | $0.00 |
| Technology Fee | $0.00 |
| Net Total | $400.00 |

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re:                                                                                            Case No.: **15-24542-LMI**

Chapter: 13

Debtor(s): **Mercedes Sempe**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Notice of Post petition Mortgage Fees, Expenses and Charges has been electronically served to the following parties:

Debtor(s): **Mercedes Sempe**

C/o: **Robert Sanchez, Esq**
Email: court@bankruptcyclinic.com

**Debtor(s) Attorney:**
**Robert Sanchez, Esq**
Email: court@bankruptcyclinic.com

Trustee:
**Nancy K. Neidich**
Email: e2c8f01@ch13herkert.com


Date: 03/23/2016                                     By: _/s/ Karlene Dunkley_
                                                                            Name: Karlene Dunkley
                                                                            Title: Contract Management Coordinator

Document drafted by and
RECORDING REQUESTED BY:
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

2526

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LIMITED POWER OF ATTORNEY

The trusts identified on the attached Schedule A (the "Trusts"), by and through U.S. Bank National Association, a national banking association organized and existing under the laws of the United States and having an office at 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107, not in its individual capacity but solely as Trustee ("Trustee"), hereby constitutes and appoints Ocwen Loan Servicing, LLC, ("Servicer"), and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Servicer, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (5) below; provided however, that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the related servicing agreements and no power is granted hereunder to take any action that would be adverse to the interests of U.S. Bank National Association. This Limited Power of Attorney is being issued in connection with Servicer's responsibilities to service certain mortgage loans (the "Loans") held by U.S. Bank National Association, as Trustee. These Loans are secured by collateral comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security instruments (collectively the "Security Instruments") encumbering any and all real and personal property delineated therein (the "Property") and the Notes secured thereby.

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by U.S. Bank National Association, as Trustee, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a Deed of Trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, taking deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state or local laws) and foreclosing on the properties under the Security Instruments.

2. Execute and/or file such documents and take such other action as is proper and necessary to defend U.S. Bank National Association, as Trustee in litigation and to resolve any litigation where the Servicer has an obligation to defend U.S. Bank National Association, as Trustee.

3. Transact business of any kind regarding the Loans, as U.S. Bank National Association, as Trustee's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4. Execute bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of releases, satisfactions, assignments, loan modification agreements, loan assumption agreements, subordination agreements, property adjustment agreements, and other instruments pertaining to mortgages or deeds of trust, bills of sale and execution of deeds and associated instruments, if any, conveying or encumbering the Property, in the interest of U.S. Bank National Association, as Trustee.

5. Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

Servicer hereby agrees to indemnify and hold U.S. Bank National Association, as Trustee, and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the exercise by the Servicer of the powers specifically granted to it under the related servicing agreements. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related servicing agreements or the earlier resignation or removal of U.S. Bank National Association, as Trustee under the related servicing agreements listed on Schedule A, attached.

**Witness** my hand and seal this 13th day of April, 2012.

NO CORPORATE SEAL

On Behalf of the Trusts, by
U.S. Bank National Association, as Trustee

Witness: Karen Warren

By: Jason Ross, Vice President

Witness: Melissa D. Singh

By: Becky Warren, Vice President

Attest: Jesse Barkdull, Trust Officer


**CORPORATE ACKNOWLEDGMENT**

State of Minnesota

County of Ramsey

On this 13th day of April, 2012, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Jason Ross, Becky Warren and Jesse Barkdull, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Vice President, Vice President and Trust Officer, respectively of U.S. Bank National Association, a national banking association, and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature:

My commission expires: 01/31/2016

JOSEPH P. WAGNER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2016

# SCHEDULE "A"

**U.S Bank National Association, as Successor Trustee, to Bank of America, National Association as successor by merger to LaSalle Bank National Association**

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-4

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-5

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-6

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee for Ownit Mortgage Loan Asset Backed Certificates, Series 2006-7

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee for GSAA Home Equity Trust 2006-14

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB5

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association, successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-13

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association, successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-7

U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB4

### U.S. Bank National Association, as Trustee

Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3

Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-4

Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-5

Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-6

Ownit Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2006-7

Ownit Mortgage Trust 2006-OT1, Asset-Backed Certificates, Series 2006-OT1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB4

ABFC 2006-HE1 Trust

Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1

Asset Backed Securities Corporation Home Equity Loan Trust 2001-HE2 Asset Backed Pass-Through Certificates, Series 2001-HE2

Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE4, Asset-Backed Pass-Through Certificates, Series 2003-HE4

Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE5, Asset-Backed Pass-Through Certificates, Series 2003-HE5

Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE7, Asset-Backed Pass-Through Certificates, Series 2003-HE7

Pooling and Servicing Agreement dated as of December 1, 2004, Asset Backed Securities Corporation Home Equity Loan Trust, 2004-HE10

Pooling and Servicing Agreement dated August 1, 2004, CSFB Home Equity Pass-Through Certificates, Series 2004-FRE1

Pooling and Servicing Agreement, dated as of June 1, 2004, among Citigroup Mortgage Loan Trust Inc., National City Mortgage Co. and U.S. Bank National Association

J.P. Morgan Mortgage Acquisition Corp. 2005-FRE1 Asset Backed Pass-Through Certificates, Series 2005-FRE1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB1

C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-SC1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-MX1

CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3

Pooling and Servicing Agreement, dated as of April 1, 2002, ABFC 2002-SB1 Trust, ABFC Asset-Backed Certificates, Series 2002-SB1

Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE4, Asset Backed Pass-Through Certificates Series 2004-HE4

Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE4, Series 2004-HE4

Pooling and Servicing Agreement, dated as of November 1, 2003, Bond Securitization Trust, Bond Securitization Trust Asset-Backed Certificates, Series 2003-1

U.S. Bank National Association, as Indenture Trustee for C-BASS Mortgage Loan Asset-Backed Notes, Series 2001-CB4

Pooling and Servicing Agreement, dated as of February 1, 2002, 2002-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB1

Pooling and Servicing Agreement, dated as of April 1, 2002, 2002-CB2 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB2

Pooling and Servicing Agreement, dated as of August 1, 2002, 2002-CB4 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB4

Pooling and Servicing Agreement, dated as of October 1, 2002, 2002-CB5 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB5

Pooling and Servicing Agreement, dated as of February 1, 2003, 2003-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003-CB1

Pooling and Servicing Agreement, dated as of June 1, 2003, 2003-CB3 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003-CB3

Pooling and Servicing Agreement, dated as of October 1, 2003, 2003-CB5 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003-CB5

Pooling and Servicing Agreement, dated as of January 1, 2004, 2004-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB1

Pooling and Servicing Agreement, dated as of March 1, 2004, 2004-CB3 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB3

Pooling and Servicing Agreement, dated as of June 1, 2004, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB4

Pooling and Servicing Agreement, dated as of August 1, 2004, 2004-CB6 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB6

POOLING AND SERVICING AGREEMENT Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB7

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB3

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB5

C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB2

C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB5

C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB6

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB6

C-BASS Mortgage Loan Asset Backed Certificates, Series 2007-RP1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SL1

Finance America Mortgage Loan Trust, 2004-1

GSAA Home Equity Trust 2006-14, Asset-Backed Certificates, Series 2006-14

GSAA Home Equity Trust 2006-19, Asset-Backed Certificates, Series 2006-19

GSAA Home Equity Trust 2006-20, Asset-Backed Certificates, Series 2006-20

GSAA Home Equity Trust 2006-3, Asset-Backed Certificates, Series 2006-3

GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5

GSAA Home Equity Trust 2006-6, Asset-Backed Certificates, Series 2006-6

GSAA Home Equity Trust 2006-9, Asset-Backed Certificates, Series 2006-9

GSAA Home Equity Trust 2007-7, Asset-Backed Certificates, Series 2007-7

GSAA Home Equity Trust 2007-1, Asset-Backed Certificates, Series 2007-1

GSAA Home Equity Trust 2007-3, Asset-Backed Certificates, Series 2007-3

GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2

GSAMP Trust 2006-HE6 Mortgage Pass-Through Certificates, Series 2006-HE6

GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1

GSR Mortgage Loan Trust 2006-10F, Mortgage Pass-Through Certificates, Series 2006-10F

GSR Mortgage Loan Trust 2006-2F, Mortgage Pass-Through Certificates, Series 2006-2F

GSR Mortgage Loan Trust 2006-3F, Mortgage Pass-Through Certificates, Series 2006-3F

GSR Mortgage Loan Trust 2006-4F, Mortgage Pass-Through Certificates, Series 2006-4F

GSR Mortgage Loan Trust 2006-5F, Mortgage Pass-Through Certificates, Series 2006-5F

GSR Mortgage Loan Trust 2006-8F, Mortgage Pass-Through Certificates, Series 2006-8F

GSR Mortgage Loan Trust 2007-1F, Mortgage Pass-Through Certificates, Series 2007-1F

GSR Mortgage Loan Trust 2007-2F, Mortgage Pass-Through Certificates, Series 2007-2F

GSR Mortgage Loan Trust 2007-4F, Mortgage Pass-Through Certificates, Series 2007-4F

GSR Mortgage Loan Trust 2007-5F, Mortgage Pass-Through Certificates, Series 2007-5F

Pooling and Servicing Agreement dated as of March 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-NC1

Pooling and Servicing Agreement dated as of April 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-NC2

Salomon Home Equity Loan Trust, Series 2002-WMC2

Salomon Brothers Mortgage Securities VII, Inc. Salomon Home Equity Loan Trust 2001-1, Asset-Backed Pass-Through Certificates, Series 2001-1

Salomon Home Equity Trust, Series 2002-WMC1, Asset Backed Pass-Through Certificates Series 2002-WMC1

POOLING AND SERVICING AGREEMENT Dated as of August 1, 2004 Terwin Mortgage Trust 2004-10SL ASSET-BACKED CERTIFICATES, TMTS SERIES 2004-10SL

Terwin Mortgage Trust 2004-2SL, Asset-Backed Certificates, Series 2004-2SL

Terwin Mortgage Trust 2004-6SL, Asset-Backed Certificates, Series 2004-6SL

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB7

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB8

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-MH1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-RP2

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-SL1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3

Terwin Mortgage Trust 2004-10SL, Asset-Backed Certificates, Series 2004-10SL

### **Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee – resigned deals to U.S. Bank, National Association, as Trustee**

C-BASS 2007-SP1 Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SP1

C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-SP2

Pooling and Servicing Agreement dated as of May 1, 2006, GSAMP Trust 2006-HE3, Mortgage Pass-Through Certificates, Series 2006-HE3

Pooling and Servicing Agreement dated as of June 1, 2006, GSAMP Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4

Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5

Pooling and Servicing Agreement dated as of October 1, 2006, GSAMP Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7

Pooling and Servicing Agreement dated as of January 1, 2007, GSAMP Trust 2007-H1, Mortgage Pass-Through Certificates, Series 2007-H1

Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1

Pooling and Servicing Agreement dated as of March 1, 2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2

Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1

Pooling and Servicing Agreement dated as of December 1, 2006, GSAMP Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8

C-BASS 2006-CB7 Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-CB7

C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9

C-BASS 2007-CB2 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB2

GSAMP Trust 2005-AHL2, Mortgage Pass-Through Certificates, Series 2005-AHL2

GSAMP Trust 2005-HE6, Mortgage Pass-Through Certificates, Series 2005-HE6

Terwin Mortgage Trust 2004-EQR1

Ownit Mortgage Trust 2006-OT1, Asset-Backed Certificates, Series 2006-OT1

U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee of Terwin Mortgage Trust Asset-Backed Certificates, Series TMTS 2003-2HE